UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

-vs-                                                      Case No. 6:05-cr-5-Orl-28KRS

**LUKE T. AMORESANO,**

      **Defendant.**

## ORDER

This case is before the Court on three motions: 1) Petition for Time Credit and/or Modification of Sentence (Doc. No. 44) filed September 24, 2007; 2) Application to Proceed In Forma Pauperis (Doc. No. 42) filed September 24, 2007; and 3) Motion for Appointment of Counsel (Doc. No. 45) filed September 24, 2007. The United States Magistrate Judge has submitted a report recommending that the Petition for Time Credit be dismissed and the other two motions be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 10, 2007 (Doc. No. 46) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Petition for Time Credit and/or Modification of Sentence (Doc. No. 44) is dismissed. Defendant may petition the federal Bureau of Prisons ("BOP") for a *nunc pro*

*tunc* designation. If that petition is denied, Defendant may file a petition pursuant to 28 U.S.C. § 2241. That petition should be filed in the Court for the district in which Defendant is held in custody.

3. The Application to Proceed In Forma Pauperis (Doc. No. 42) and the Motion for Appointment of Counsel (Doc. No. 45) are **DENIED** without prejudice to Defendant filing a § 2241 petition in the district of his incarceration after exhausting his administrative remedies.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5th day of December, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party